# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Craftwood Lumber Company

                              Plaintiff,

v.                                                 Case No.: 1:13−cv−07433

                                                    Honorable Milton I. Shadur

Seaboard International Forest Products, LLC

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, November 15, 2013:

       MINUTE entry before Honorable Milton I. Shadur: Status hearing held on 11/15/2013 and continued to 1/6/2014 at 9:00 a.m. The parties report that settlement has been reached. If dismissal documents have been filed on or before 1/6/2014, no appearance is necessary on that date. Status hearing set for 12/24/2013 is vacated. Mailed notice by judge's staff. (srb,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.