IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAFTWOOD LUMBER COMPANY, an Illinois corporation, individually and on behalf of all other similarly situated,<br><br>      Plaintiff<br><br>    v.<br><br>SEABOARD INTERNATIONAL FOREST PRODUCTS, LLC, a Delaware limited liability company,<br><br>      Defendant. | Case No. 1:13-cv-07433<br><br>Honorable Milton I. Shadur |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Craftwood Lumber Company ("Craftwood") and defendant Seaboard International Forest Products LLC ("Seaboard") hereby stipulate to the dismissal of Craftwood's individual claims against Seaboard with prejudice and the dismissal of the claims of any member of the alleged putative class (other than Craftwood) without prejudice. Craftwood and Seaboard shall bear their own attorneys' fees and costs.

**[Remainder of Page Intentionally Left Blank]**

DATED: December 6, 2013

| | |
|---|---|
| /s/ Scott Z. Zimmermann | /s/ Katherine Heid Harris |
| Scott Z. Zimmermann | Katherine Heid Harris, (ARDC No. 6284865) |
| Law Offices of Scott Z. Zimmermann | 111 South Wacker Drive |
| 601 S. Figueroa St. #2610 | Chicago, IL 60606 |
| Los Angeles, CA 90017 | T: (312) 443-1713 |
| (213) 452-6509 | F: (312) 896-6713 |
| szimm@zkcf.com | *kharris@lockelord.com* |
| | |
| | Lois O. Rosenbaum (admitted *pro hac vice*) |
| Charles R. Watkins (3122790) | Amy Edwards (admitted *pro hac vice*) |
| Guin, Stokes & Evans, LLC | Stoel Rives LLP |
| 321 S. Plymouth Court, Suite 1250 | 900 SW Fifth Avenue, Suite 2600 |
| Chicago, IL 60604 | Portland, OR 97204 |
| (312) 868-8391 | Main: (503)224-3380 |
| charlesw@gseattorneys.com | Fax: (503)220-2480 |
| | *aedwards@stoel.com* |
| | |
| Attorneys for Plaintiff Craftwood Lumber Company | Attorneys for Defendant Seaboard International Forest Products, LLC |

**CERTIFICATE OF SERVICE**

  I, Katherine Heid Harris, an attorney, certify that I caused the foregoing to be served upon all interested parties who have appeared through the Court's Case Management / Electronic Case Files (CM/ECF) system on December 6, 2013.

                /s/  Katherine Heid Harris