## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Craftwood Lumber Company

                                      Plaintiff,

v.                                                                   Case No.: 1:13−cv−07433

                                                                                                                                        Honorable Milton I. Shadur

Seaboard International Forest Products, LLC

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2013:

      MINUTE entry before the Honorable Milton I. Shadur: Pursuant to the parties' stipulation of dismissal, plaintiff's individual claims against defendant are dismissed with prejudice and the dismissal of the claims of any members of the alleged putative class (other than Craftwood) are dismissed without prejudice. The parties shall bear their own attorneys' fees and costs. Status hearing set for 1/6/2014 is vacated. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.